UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| TRACY GARRETT,<br>    **Plaintiff,**<br><br>V.<br><br>LT. ERIC KNIPPER, et al.,<br>    **Defendants.** | CIVIL ACTION NO. 5:20-64-KKC<br><br><br>**JUDGMENT** |

*** *** ***

In accordance with the opinion and order entered on this date with this Judgment, the Court hereby ORDERS and ADJUDGES that:

(1) Defendant Knipper's motion for summary judgment (DE 104) is GRANTED;

(2) The SHP Defendants' motion for summary judgment (DE 114) is GRANTED;

(3) Judgment is ENTERED in favor of Defendants;

(4) All pending proceedings are SET ASIDE;

(5) The matter is STRICKEN from the active docket of this Court; and

(6) This judgment is FINAL and APPEALABLE.

This 5th day of July, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY